IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALISA DANIEAL EFURD                                                                                    PETITIONER
ADC #705910

V.                                          NO. 5:04CV00117 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 9th day of June, 2006.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE